IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02508-WYD

ASA NEWHOUSE,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER**

---

Daniel, J.

     THIS MATTER is before the Court upon review of the file.  The April 4, 2016 deadline for filing an optional Reply Brief having passed in this social security appeal, briefing is deemed complete and the case is ready for reassignment to a merits judge under this Court's local rules.  Accordingly, the clerk of the court shall reassign this matter to a judicial officer for a decision on the merits pursuant to D.C.COLO.LCivR 40.1.

     Dated:  April 12, 2016

               BY THE COURT:


               */s/ Wiley Y. Daniel*
               WILEY Y. DANIEL,
               SENIOR UNITED STATES DISTRICT JUDGE